UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HARRIS,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>            Defendant. | Case No. CV 05-00143-CT<br><br>ORDER TO SHOW CAUSE |

    On July 30, 2008, counsel for plaintiff filed a notice of motion and motion for attorney fees pursuant to 42 U.S.C. 1383(d)(2)(A). By order filed August 4, 2008, plaintiff was ordered to file a response to the motion by August 18, 2008. No response has been filed. Accordingly, IT IS ORDERED AS FOLLOWS:

    1.    Counsel for defendant is to file a declaration, under penalty of perjury, which explains counsel's failure to timely comply with this court's August 4, 2008 order and explain why monetary sanctions should not be imposed for counsel's

```
 1              failure to comply with this order.  Counsel's response to this
 2         order to show cause is due on or before September 2, 2008.
 3  IT IS SO ORDERED.
 4
 5       DATED: August 26, 2008
 6
 7                                   _____
                                     CAROLYN TURCHIN
 8                                   UNITED STATES MAGISTRATE JUDGE
 9  cc:  Lee Weidman
         Chief, Civil Division
10       U.S. Attorney's Office
         300 North Los Angeles Street
11       Room 7516
         Los Angeles, CA 90012
12
         Marc V. Kalagian, Esq.
13       Rohlfing & Kalagian
         211 E. Ocean Blvd., Suite 420
14       Long Beach, CA 90802
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                     2
```