UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE HARRIS, | ) | Case No. CV 05-0143-CT |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the order of the court, **IT IS ADJUDGED** that the petition for attorney's fees pursuant to 42 U.S.C. § 1383(d)(2)(A) be **GRANTED** as follows:  Counsel is awarded attorneys' fees in the amount of $10,000.00 for representation of plaintiff before this court.  Counsel shall refund to plaintiff the amount of $3,300.00, which represents fees counsel previously received under the Equal Access to Justice Act.

DATED:  SEP 1 6 2008

*Carolyn Turchin*
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE